**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Keith R. Murphy
Marc Skapof
Seanna R. Brown
Jacqlyn R. Rovine

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>ROBERT L. SILVERMAN, WESTPORT NATIONAL BANK, a division of CONNECTICUT COMMUNITY BANK, N.A., and PSCC SERVICES, INC., | Adv. Pro. No. 10-05418 (BRL) |

|  Defendants. |
|---|

## STIPULATION EXTENDING TIME TO RESPOND
## AND ADJOURNING PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which Defendant Westport National Bank ("WNB") may move, answer or otherwise respond to the Complaint filed in the above-captioned adversary proceeding, Adv. Pro. No. 10-05418 (BRL) is extended up to, and including September 5, 2013. The pre-trial conference has been adjourned from July 31, 2013 to October 2, 2013 at 10:00 a.m.

The purpose of this stipulated extension is to provide additional time for WNB to answer, move against, or otherwise respond to the Complaint. This is the fifteenth such extension. Nothing in this stipulation is a waiver of WNB's right to request from the Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to any such request.

Undersigned counsel for WNB expressly represents that, in accordance with paragraph 3(E) of the Order Establishing Litigation Case Management Procedures for Avoidance Actions and Amending the February 16, 2010 Protective Order (ECF No. 3141) entered by the Court on November 10, 2010 in *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Pro. No. 08-01789 (BRL), a Notice of Appearance (a "Notice") has been entered in the above-referenced adversary proceeding and the email addresses set forth in such Notice shall be the designated email addresses for service of pleadings and documents upon WNB.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including, without limitation, any defenses based on lack of jurisdiction,

2

except as to the acceptance of service of the Summons and Complaint and the waiver of any defenses based on insufficiency of service of process of the Summons and Complaint.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original. This stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5358) in the above-captioned case (No. 08-01789 (BRL)).

Dated: July 24, 2013

| BAKER & HOSTETLER LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: /s/ Seanna R. Brown<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | By: /s/ Todd G. Cosenza<br>787 7th Avenue<br>New York, New York 10019<br>Telephone: 212.728.8000<br>Facsimile: 212.728.9203<br>Todd G. Cosenza, Esq.<br>Email: tcosenza@willkie.com<br>Joseph T. Baio, Esq.<br>Email: jbaio@willkie.com<br><br>*Attorneys for Westport National Bank* |

3